MARCH 14, 1955.

No. 246. DIEHL *v.* LEHIGH VALLEY RAILROAD Co. ET AL. Certiorari, 348 U. S. 860, to the United States Court of Appeals for the Third Circuit. Argued February 28, March 1, 1955. Decided March 14, 1955. *Per Curiam:* Upon the facts disclosed in the opinion of the Court of Appeals for the Third Circuit, 211 F. 2d 95, the applicable Acts of Congress, and the opinion of this Court in *Oakley* v. *Louisville & Nashville R. Co.,* 338 U. S. 278, the judgment of the Court of Appeals is reversed. MR. JUSTICE REED dissents for the reasons given in the opinion of the Court of Appeals for the Third Circuit. *Harry Montgomery Leet* argued the cause for petitioner. With him on the brief was *Sheldon E. Bernstein. Richard R. Lyman* argued the cause for respondents. With him on a brief were *Clarence M. Mulholland* and *Edward J. Hickey, Jr.* for the System Federation No. 96, Railway Employes' Department, A. F. of L., et al., respondents. *Thomas Price Mikell* and *Harry E. Sprogell* filed a brief for the

Lehigh Valley Railroad Co., respondent. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* filed a memorandum for the United States, as *amicus curiae,* urging reversal.